IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD F. CHAMBERS, et al.,

   Plaintiffs,

    v.

MAGLA PRODUCTS, L.L.C., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:06-CV-0344-TWT

<u>ORDER</u>

This is a declaratory judgment and breach of contract action. It is before the Court on the Defendants' Motion to Dismiss or Alternatively to Transfer Case to District of New Jersey [Doc. 5]. This action arises out of an alleged breach of restrictive covenants in an employment contract. The Plaintiff Chambers and the Defendants are already litigating this issue in New Jersey. For the convenience of the parties and witnesses and in the interests of justice, this action should be consolidated with the action pending in the District of New Jersey. The Defendants' Motion to Transfer Case [Doc. 5] is GRANTED. The Clerk is directed to transfer this case to the United States District Court for the District of New Jersey.

T:\ORDERS\06\Chambers\06cv344\transfer.wpd

SO ORDERED, this 6 day of April, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge